■ CHARLES M. SCIASCIA et al., Respondents, v CITY OF NEW YORK, Appellant, and WALDBAUM'S INC. et al., Respondents, et al., Defendants. (And Other Actions.) — Appeal by defendant City of New York from an order of the Supreme Court, Kings County (Rader, J.), dated February 26, 1982, which directed it to produce and make available to all parties the entire investigatory file prepared by the fire marshal's office in connection with the fire in question. Order affirmed, with one bill of costs payable to the plaintiffs-respondents and respondents appearing separately and filing separate briefs. The City of New York has failed to demonstrate that the materials sought for discovery are exempt under either CPLR 3101 (subd [g]) or section 87 (subd 2, par [g]) of the Public Officers Law (see *Matter of Polansky v Regan,* 81 AD2d 102; *Pataki v Kiseda,* 80 AD2d 100). Titone, J. P., Thompson, Rubin and Boyers, JJ., concur.

■ JANICE SMITH et al., Appellants, v ORANGE AND ROCKLAND UTILITIES, INC., Respondent. — In an action, *inter alia,* for a permanent injunction, the plaintiffs appeal from (1) an order and judgment (one paper) of the Supreme Court (Slifkin, J.), dated January 3, 1983, and entered in Rockland County, which, *inter alia,* granted the defendant's motion for summary judgment and dismissed the complaint, and (2) an order of the same court dated January 21, 1983, which denied plaintiff's motion for reargument. Appeal from the order dated January 21, 1983 dismissed. No appeal lies from an order denying reargument. Order and judgment affirmed. Defendant is awarded one bill of costs. We agree with Special Term that the easement in issue is clear, unambiguous and broad enough to encompass the preventative maintenance program. It gives defendant the right to trim, cut and remove all trees without specific limitation (see *Miller v Edmore Homes Corp.,* 285 App Div 837, 838, affd 309 NY 839; 2 Warren's Weed, NY Real Property [4th ed], Easements, § 16.03; 1 Rasch, Real Property Law and Practice, §§ 759, 760, 762). *Coos County Sheep Co. v United States of Amer.* (331 F2d 456), which involved the application of Oregon law, is inapposite. Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.